IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     CRIMINAL NO. 09-cr-00742-JF
                                  :
JOEMON D. HIGDON                  :

## ORDER

AND NOW, this 23rd day of September 2010, IT IS ORDERED:

That the government's motion in limine to admit evidence of the defendant's felony conviction is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.