## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION NO. 09-742** |
| | **:** | |
| **JOEMON D. HIGDON** | **:** | |

## ORDER

This 18th day of May, 2026, it is hereby **ORDERED** that the Government's motion to seal records submitted in support of its opposition, ECF 189, is **GRANTED,** and Defendant's motion for amendment, ECF 186, is **DENIED.**

 /s/ Gerald Austin McHugh
United States District Judge